AP-76936
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 12/29/2014 11:00:42 AM
Accepted 12/29/2014 11:05:47 AM
ABEL ACOSTA
CLERK

**No. AP-76,936**
In the
**COURT OF CRIMINAL APPEALS**
for
**THE STATE OF TEXAS**

---

| | | |
|---|---|---|
| **TERENCE TRAMAINE ANDRUS** | ' | **APPELLANT** |
| **V.** | ' | |
| **THE STATE OF TEXAS** | ' | **APPELLEE** |

---

**APPEAL FROM THE 240TH DISTRICT COURT OF
FORT BEND COUNTY, TEXAS
TRIAL COURT NO. 09-DCR-051034**

**STATE'S NOTICE OF APPEARANCE FOR ORAL ARGUMENT**

*Counsel for Appellee, The State of Texas*
**JOHN F. HEALEY**
DISTRICT ATTORNEY
FORT BEND COUNTY, TEXAS
309 South Fourth Street, 2nd Floor
Richmond, Texas 77469
(Tel.) 281-341-4460/(Fax) 281-238-3340

**JASON BENNYHOFF**
State Bar No. 24050277
ASSISTANT DISTRICT ATTORNEY
FORT BEND COUNTY, TEXAS
309 South Fourth Street, 2nd Floor
Richmond, Texas 77469
(Tel.) 281-341-4460/(Fax) 281-238-3340
Jason.bennyhoff@fortbendcountytx.gov

NOW COMES THE STATE OF TEXAS, APPELLEE in the above-styled matter, and pursuant to this Court's Order of December 22, 2014, would hereby show this Court the following:

1.    The State will appear at oral argument, set by the Court for February 5, 2015, at the University of Texas – El Paso campus, at 9:00 a.m., by way of its undersigned Assistant District Attorney Jason Bennyhoff.

2.    The State does not have any cross points of appeal in this case, and therefore the State does not have specific points of error it intends to argue affirmatively, but will instead respond to any points of error designated by Appellant and will of course respond to any inquiries by the Court.

Respectfully Submitted,


/s/ Jason Bennyhoff
Jason Bennyhoff
Assistant District Attorney
Fort Bend County, Texas
301 Jackson Street
Richmond, Texas 77469
281-238-3352 (phone)
State Bar Card No.24050277

<u>CERTIFICATE OF SERVICE</u>

I, Jason Bennyhoff, do hereby certify that a true and correct copy of the foregoing Motion was sent to counsel for the Appellant on December 29, 2014, via electronic service through EFile Texas).

Mr. Cary Faden
77 Sugar Creek Center Blvd., Suite 230
Sugar Land, Texas 77478
caryfaden@aol.com
Counsel for Appellant

<u>/s/ Jason Bennyhoff</u>
Jason Bennyhoff
